## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | |
|---|---|
| MARCUS T STRINGER #95301 | CIVIL DOCKET NO. 5:22-CV-01339 SEC P |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| WARDEN CADDO CORRECTIONAL CENTER | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Record Document 8], noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 [Record Document 5] is **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers, this 2nd day of November, 2022.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE